## Puckett, et al. v. Morris.

(Decided March 2, 1920.)

### Appeal from Wolfe Circuit Court.

Appeal and Error—Former Opinion in Case of Same Style.—As the judgment attacked on this appeal was reversed by the Court of Appeals in Puckett v. Morris, 181 Ky. 374, as to one of the defendants therein, on his sole appeal, its reversal for the reasons stated in the opinion of that case, was inevitable on this appeal properly taken therefrom, on the same record, by other defendants sustaining a like relation to the judgment and equally prejudiced by its terms.

S. MONROE NICKELL for appellants.

C. X. JOHNSON for appellee.

OPINION OF THE COURT BY JUDGE SETTLE—Granting appeal and reversing judgment.

The judgment from which the appeal is prayed in this case is the same, and was rendered on the same record, as that reversed by us on an appeal taken by Robert Puckett, one of the defendants therein. The opinion on that appeal, Puckett v. Morris, is reported in 181 Ky. 374. The present appeal is prayed by James Puckett and others who, although defendants in the judgment against Robert Puckett, did not join him in that appeal. As the opinion in Puckett v. Morris, *supra,* is conclusive of the right of the appellants to the reversal here sought, their appeal is granted and the judgment as to them reversed.